UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CENTURYTEL OF CHATHAM, LLC, ET AL.** | **CIVIL ACTION NO. 09-1951** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SPRINT COMMUNICATIONS COMPANY, L.P.** | **MAG. JUDGE MARK HORNSBY** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered in favor of the CenturyLink Plaintiffs and against Defendant/Counterclaimant Sprint Communications Company, L.P. ("Sprint") in the amount of $8,755,402.46 for access charges, late payment fees of $3,805,343.00 as of February 2, 2016, and additional fees accrued since that date.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the CenturyLink Plaintiffs are **AWARDED** attorneys' fees, costs, and prejudgment interest. The CenturyLink Plaintiffs shall make appropriate filings within fourteen (14) days of the date of this Judgment in support of attorneys' fees, costs, and prejudgment interest. Sprint shall have fourteen (14) days from the date of the CenturyLink Plaintiffs' filings to file an opposition memorandum.

**IT IS FURTHER ORDERED** that all pending motions and evidentiary objections not addressed in the Court's Ruling are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 4th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE