UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CENTURYTEL OF CHATHAM, LLC, ET AL.** | **CIVIL ACTION NO. 09-1951** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SPRINT COMMUNICATIONS COMPANY LP** | **MAG. JUDGE MARK HORNSBY** |

**MEMORANDUM ORDER**

Pending before the Court is the CenturyLink Plaintiffs' Motion for Entry of Final Judgment [Doc. No. 218]. On January 24, 2011, the Court dismissed the CenturyLink Plaintiffs' Count II with prejudice [Doc. No. 37]. On January 21, 2015, Defendant/Counterclaimant Sprint Communications Co. LP's ("Sprint") Counts V, VI, VII, and VIII were separated from this litigation by the United States Judicial Panel for Multidistrict Litigation for pre-trial proceedings. [Doc. No. 76]. On May 4, 2016, after trial and post-trial briefing, the Court issued a Judgment [Doc. No. 214] on the remaining claims, finding in favor of the CenturyLink Plaintiffs and against Sprint on the CenturyLink Plaintiffs' Counts I, III, and IV and on Sprint's Counts I, II, III, and IV for the reasons set forth in the accompanying Opinion [Doc. No. 213]. On July 25, 2016, the Court issued a Judgment [Doc. No. 235], amending and supplementing the damages awarded in the May 4, 2016 Judgment, for the reasons stated in the Court's Ruling [Doc. No. 234]. Under these facts and circumstances, the Court finds, pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay. Accordingly,

IT IS ORDERED that the CenturyLink Plaintiffs' Motion for Entry of Final Judgment [Doc. No. 218] is GRANTED IN PART and DENIED IN PART. To the extent that the

CenturyLink Plaintiffs move the Court for entry of final judgment under Rule 54(b), the motion is GRANTED. The Court's January 24, 2011 Judgment [Doc. No. 37], May 4, 2016 Judgment [Doc. No. 214], and July 25, 2016 Judgment [Doc. No. 235] are deemed FINAL and immediately appealable. To the extent that the CenturyLink Plaintiffs moved, in the alternative, for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b), the motion is DENIED AS MOOT.

MONROE, LOUISIANA, this 25th day of July, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE